## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ICM OF AMERICA, INC. | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:16CV00160 SWW |
| LEICA GEOSYSTEMS, INC.; | * | |
| STRIBLING EQUIPMENT LLC; and | * | |
| GERALD SWANSON | * | |
| | * | |
| Defendants | * | |

## ORDER

Before the Court is a motion by separate defendant Gerald Swanson, stating that the parties agree that the claims against him individually should be dismissed with prejudice. There being no objection, the motion [ECF No. 62] is GRANTED. Plaintiff's claims against separate defendant Gerald Swanson are DISMISSED WITH PREJUDICE, and separate defendant Swanson is dismissed as a party to this action.

IT IS SO ORDERED THIS 2nd DAY OF DECEMBER, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE