# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| ICM OF AMERICA, INC. | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:16CV00160 SWW |
| LEICA GEOSYSTEMS, INC.; | * | |
| STRIBLING EQUIPMENT LLC; and | * | |
| JERRY SWANSON | * | |
| | * | |
| Defendants | * | |

## ORDER of DISMISSAL

Plaintiff ICM of America, Inc. reports that the remaining parties, Plaintiff and Defendants Leica Geosystems, Inc. and Stribling Equipment LLC, have settled their dispute, and Plaintiff stipulates to dismissal with prejudice as to claims against the remaining defendants.

IT IS THEREFORE ORDERED that Plaintiff's claims against the remaining defendants are DISMISSED WITH PREJUDICE, and this action is DISMISSED IN ITS ENTIRETY.

IT IS SO ORDERED THIS 9TH DAY OF JANUARY, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE